# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Alan A Nagy,** | Bankruptcy No. 18-10801 |
| **Debtor**. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #31)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on November 16, 2018.

Dated: November 16, 2018              **Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **Alan A Nagy,**

                                      By: /s/ Zane L. Zielinski
                                      Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

Mailing Information for Case 18-10801

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Yisroel Y Moskovits**    imoskovits@semradlaw.com, ilnb.courtview@SLFCourtview.com
- **Janna L Quarless**    jquarless@semradlaw.com, ilnb.courtview@SLFCourtview.com

### Manuel Service List

Discover Bank
Discover Products Inc
Po Box 3025
New Albany, Oh 43054-3025

American Express National Bank
C/O Becket And Lee Llp
Po Box 3001
Malvern Pa 19355-0701

Capital One Bank (Usa), N.A.
Po Box 71083
Charlotte, Nc 28272-1083

Quantum3 Group Llc As Agent For
Jh Portfolio Debt Equities Llc
Po Box 788
Kirkland, Wa 98083-0788

United States Department Of Education
Claims Filing Unit
Po Box 8973
Madison, Wi 53708-8973

Bank Of America, N.A.
P O Box 982284
El Paso, Tx 79998-2238

Alan A Nagy
14 BRADFORD RD APT 204
JOLIET, IL  60433

Midland Funding, Llc
Midland Credit Management, Inc. As
Agent For Midland Funding, Llc
Po Box 2011
Warren, Mi 48090